CASTLE BROTHERS, Respondent, *v.* JAMES GRAHAM, Appellant.

Reported below, 87 App. Div. 97.
(Argued February 8, 1904; decided February 16, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 26, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the ground that permission to appeal had not been granted by the Appellate Division nor by a judge of the Court of Appeals.

*Frank A. Doyle* for motion.

*Richard Krause* opposed.

Motion denied, with ten dollars costs.